| | |
|---|---|
| 1 | PATRICK H. HICKS, ESQ., Bar # 4632 |
| | SANDRA KETNER, ESQ., Bar # 8527 |
| 2 | LITTLER MENDELSON |
| | 3960 Howard Hughes Parkway, Suite 300 |
| 3 | Las Vegas, NV 89169-5937 |
| | Tel: 702.862.8800 |
| 4 | Fax: 702.862.8811 |
| 5 | Attorneys for Defendant |
| | JRJ INVESTMENT INC. dba |
| 6 | DESERT BMW OF LAS VEGAS |
| 7 | I. PHILLIP ODUNZE, ESQ., Bar #9885 |
| | ODUNZE & SWANIGAN, LLC |
| 8 | 3960 Howard Hughes Parkway, Suite 500 |
| | Las Vegas, NV 89169 |
| 9 | Telephone: 702.990.3797 |
| | Fax No.:    702.990.3501 |
| 10 | |
| | Attorney for Plaintiff |
| 11 | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MANICHANH SITIVONG, | | Case No. 2:10-cv-00701-ECR-RJJ |
| | Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | | |
| JRJ INVESTMENT INC. dba DESERT BMW OF LAS VEGAS, a Nevada Business, BMW OF NORTH AMERICA, LLC, a Nevada Foreign Limited Liability Company, | | ORDER GRANTING |
| | Defendants. | |

Plaintiff Manichanh Sitivong and Defendant JRJ Investment Inc. dba Desert BMW of

///
///
///
///
///
///

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702 862 8800

Las Vegas, through their respective counsel, hereby stipulate that the action as to Defendant JRJ Investment Inc. be dismissed with prejudice with each party to bear its own costs and attorney's fees.

Dated: November 12, 2010

LITTLER MENDELSON

By: _____
PATRICK H. HICKS, ESQ.
SANDRA KETNER, ESQ.

Attorneys for Defendant
JRJ INVESTMENT INC. dba
DESERT BMW OF LAS VEGAS

Dated: November 12, 2010

ODUNZE & SWANIGAN, LLP

By: _____
I. PHILLIP ODUNZE, ESQ.

Attorney for Plaintiff

**IT IS SO ORDERED this** 15th day of November, 2010.

_____
Edward C. Reed
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.